# Exhibit 1 – Video Clip

Video will be sent to the USDC on a
flash drive by overnight mail