Exhibit 1 – Video Clip

Video previously sent to the USDC. *See* ECF 1-1.