**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| Robert C. Peck,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.<br><br>Defendants. | Case No. 2:26-cv-293-JAW |

**NOTICE OF ACCEPTANCE OF SERVICE**
**OF THE FIRST AMENDED COMPLAINT ON DEFENDANTS JOHN DOE 1 and 2**

Undersigned counsel for the United States has received written authorization to accept service of the First Amended Complaint (ECF No. 6) in this action for Defendant John Doe 1 (Federal Agent/ Deportation Officer) and Defendant John Doe 2 (Federal Agent/ Deportation Officer). The Defendant Agents' true names have been provided to Plaintiff under the Protective Order for Early Discovery (ECF No. 10) and will by September 18, 2026, be provided by the United States to the Court under seal, which sealing Plaintiff consents to while reserving all his future rights to move the Court to unseal the names. Undersigned counsel for the United States has accepted effective service on Defendants John Doe 1 and John Doe 2 effective August 17, 2026, which, combined with service made on the United States on August 10, 2026, makes October 16, 2026, the complaint response date for both Defendant Agents.

Dated: August 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

*/s/ Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 598-3888
Email: joseph.a.gonzalez@usdoj.gov

*Counsel for the United States*

**Certificate of Service**

I hereby certify that on August 19, 2026, I electronically filed this filing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

*/s/ Joseph A. Gonzalez*
JOSEPH A. GONZALEZ

*Counsel for the United States*